IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EARNEST FRAZIER, II,<br><br>Defendant. | CR 19-128-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, June 23, 2021 at 1:30 p.m., is **VACATED** and **RESET** to commence on **Thursday, July 15, 2021 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **July 1, 2021.** Absent good cause shown, sentencing memoranda and supporting documents filed after July 1, 2021 will not be considered in addressing sentencing issues. Failure to timely file

1

sentencing memoranda may result in imposition of sanctions against counsel.

3. Responses to sentencing memoranda shall be filed on or before **July 9, 2021**.

4. Reply briefs will not be accepted for filing in sentencing matters.

5. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

6. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 27th day of May, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT JUDGE